UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BETANCOURT GOMEZ, | No. 1:25-cv-1866 DC AC P |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Respondent. | |

Petitioner, an immigration detainee, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his application, petitioner challenges his detention in U.S. Immigration and Customs Enforcement (ICE) custody. By order filed December 22, 2025, the Federal Defender was directed to locate counsel to represent petitioner, though counsel has yet to be appointed. ECF Nos. 7, 8. However, it has since come to the court's attention that the petition states petitioner was incarcerated at the Adelanto Detention Facility in Adelanto, California, and the ICE detainee locator website confirms that petitioner is currently detained at that location. Adelanto is located in San Bernardino County, which is located in an area covered by the District Court for the Central District of California. Jurisdiction over this § 2241 petition is proper only in the district of confinement. See Doe v. Garland, 109 F.4th 1188, 1197-98 (9th Cir. 2024). Accordingly, in the interests of justice this action will be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Central District of California.

2. The Clerk of the Court is directed to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

DATED: December 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2