# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BETANCOURT GOMEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,[1] et al.,<br>Respondents. | Case No. 5:25-cv-03623-JFW-RAO<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed, and no Objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of Department of Homeland Security, is hereby substituted as Respondent.

Accordingly, the Petition is GRANTED and Respondents are permanently enjoined from re-detaining Petitioner absent strict compliance with all applicable regulations, statutes, and due process principles.

DATED: October 29, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE