JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAVID BETANCOURT GOMEZ,
Petitioner,
v.
MARKWAYNE MULLIN,[1] et al.,
Respondents.

Case No. 5:25-cv-03623-JFW-RAO

**JUDGMENT**

Pursuant to the Court's Order Accepting and Adopting Report and Recommendation,

IT IS ORDERED AND ADJUDGED that the Petition is granted and this action is closed.

DATED: October 29, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of Department of Homeland Security, is hereby substituted as Respondent.